UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND, CENTRAL LABORERS' ANNUITY FUND, et al. <br><br> Plaintiffs, <br><br> v. <br><br> MIDWEST BRICKPAVING, INC., an Illinois corporation, and JOEL ELFERING, individually, <br><br> Defendant(s). <br><br> and <br><br> America United Bank and Trust Company USA, <br><br> Garnishee Defendant. | 09 C 4125 <br><br> Hon. Samuel Der-Yeghiayan |

## ORDER

This cause coming to be heard on Plaintiffs' Motion for a Turnover Order,

IT IS HEREBY ORDERED:

Garnishee Defendant AMERICA UNITED BANK AND TRUST COMPANY USA is ordered to turn over funds of Defendant MIDWEST BRICKPAVING, INC. that Garnishee Defendant AMERICA UNITED BANK AND TRUST COMPANY USA is currently holding pursuant to a Garnishment Summons (Non-Wage) in the amount of $22,895.59; a judgment in the amount of $22,895.59 is therefore entered against Garnishee Defendant AMERICA UNITED BANK AND TRUST COMPANY USA and in favor of Defendant / Judgment Debtor f/u/o Plaintiffs / Judgment Creditors.

The funds shall be turned over to Plaintiffs / Judgment Creditors through their attorney to be applied towards the judgment entered in this case;

The Garnishment is otherwise released and dismissed.

_____
JUDGE

DATED: 2/16/10